IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br><br>ROBERT L. BLEDSOE,<br>    Defendant.<br>and<br><br>ALLIED ROOFING CO., INC.,<br>    Garnishee. | CASE NO. 5:96CV127<br>(Financial Litigation Unit) |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against Robert L. Bledsoe is DISMISSED.

**Signed: September 15, 2005**

David C. Keesler
United States Magistrate Judge